# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 27, 2017

## NO. 03-17-00535-CV

**Byron C. Cook, Chairman of the House Committee on State Affairs, in his Official Capacity as State Representative; David Sauceda, Sergeant-at-Arms for the Texas House of Representatives; and Steve McCraw, in his Official Capacity as Director of the Texas, Appellants**

**v.**

**Amy Hedtke, Appellee**

---

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN
### DISMISSED ON APPELLANTS' MOTION—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the temporary injunction order signed by the district court on July 24, 2017. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.